UNTIED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 25  A 11: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
)
v. ) CRIMINAL NO. 1: 03 CR 10038-001-GAO
)
)
LAWRENCE GUZMAN )

## NOTICE OF APPEARANCE

NOW COMES Richard A. Cutter, Esquire and hereby enters his appearance on behalf of the defendant, Lawrence Guzman.

Richard A. Cutter, BBO #111020
CUTTER & CUTTER
Presidential Park
314 Main Street
Wilmington, MA  01887
(978) 658-5687

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 10/21/04

6