UNTIED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 1: 03 CR 10038-001-GAO |
| ) | |
| LAWRENCE GUZMAN ) | |

## VERIFICATION OF DEFENDANT'S MOTION
## DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO
## VACATE AND SET ASIDE SENTENCE AND JUDGMENT

I, Lawrence Guzman, hereby declare under penalty of perjury that the foregoing Motion Under 28 U.S.C. § 2255 to Vacate and Set Aside Sentence and Judgment is true and correct this 1st day of November_____, 2004.

_____
Lawrence Guzman

## CERTIFICATE OF SERVICE

I, Richard A. Cutter, Esquire, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney John A. Wortmann, Jr., 1 Courthouse Way, Boston, MA 02110 by mailing same, first class mail, postage prepaid on this 12th day of November _____, 2004.

_____
Richard A. Cutter, Esquire
(BBO#111020)
CUTTER & CUTTER
Presidential Park
314 Main Street
Wilmington, MA 01887
Telephone: (508) 658-5687