UNTIED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE GUZMAN | ) <br> ) <br> ) |
| v. | ) CIVIL NO. 04-12302-GAO <br> ) <br> ) |
| UNITED STATES OF AMERICA | ) |

<u>MOTION FOR PERMISSION<br>TO FILE REPLY TO GOVERNMENTS'<br>OPPOSITION, ASSENTED TO</u>

Now comes the Petitioner, Lawrence Guzman, in the above entitled case, and hereby requests this Honorable Court grant him permission to file a reply to Governments' Opposition on or before January 21, 2005.

As grounds therefore, the Government has filed an extensive Opposition, after being granted an extension to file same.

Assented to:    Respectfully submitted,

LAWRENCE GUZMAN,
By his attorney

_____    _____
John A. Wortmann, Jr.            Richard A. Cutter, Esquire
Assistant U.S. Attorney          (BBO# 111020)
One Courthouse Way               Cutter & Cutter
Boston, MA  02210                314 Main Street
(617) 748-3207                   Wilmington, MA  01887
                                 (978) 658-5687

## CERTIFICATE OF SERVICE

I, Richard A. Cutter, Esquire, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney John A. Wortmann, Jr., 1 Courthouse Way, Boston, MA 02110 via facsimile (617-748-3974), and by mailing same, first class mail, postage prepaid on this 21st day of December, 2004.

                                           Richard A. Cutter, Esquire