UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAWRENCE GUZMAN
              Plaintiff(s)

v.                              CIVIL ACTION NO.  04-12302-GAO

UNITED STATES OF AMERICA
              Defendant(s)

**JUDGMENT IN A CIVIL CASE**

 O'TOOLE , D.J.

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

that pursuant to the court's Order, dated March 17, 2005, an evidentiary hearing is not required and the petitioner's motion ought to be and hereby is dismissed.

                                                SARAH A. THORNTON,
                                                CLERK OF COURT

Dated: 3/22/05                                   By   Paul S. Lyness
                                                          Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)